UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:09-60377-CIV-COHN/SELTZER**

WILLIE G. ARRINGTON, an individual, on behalf
of himself and all others similarly situated,

      Plaintiff,

vs.                                             **CLASS ACTION**

UNITED AUTO CREDIT CORPORATION,
a California corporation,

      Defendant.
_____/

**MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS**

      Plaintiff, Willie G. Arrington, an individual, on behalf of himself and all others similarly situated ("Class Representative"), pursuant to Rule 54, Fed.R.Civ.P., and Rule 7.3, Local Rules of the United States District Court, for the Southern District of Florida, respectfully moves this Honorable Court for order awarding attorney's fees and costs to counsel for the Class, and in support would show as follows:

      1.      In the instant action, the Class Representative filed a Complaint against Defendant, United Auto Credit Corporation, a California corporation ("United Auto"), asserting that United Auto failed to comply with the requirements of Florida state law with respect to the use of certain deficiency notices subsequent to repossession of automobiles.

      2.      After extensive arm's length settlement negotiations, including a day-long mediation with the mediator, E. Hugh Chappell, Esquire, on September 2, 2009, the parties reached a Class Action Settlement Agreement ("Settlement Agreement"), a copy of which has

previously been filed with the Court.

    3.    On January 6, 2010, this Court entered an Order Granting Preliminary Approval of Class Settlement ("Preliminary Approval Order") [DE 29].

    4.    Pursuant to ¶VII A. of the Settlement Agreement, the parties agreed to the following with respect to attorney's fees and costs to be awarded to Class Counsel:

> A. <u>Attorney's Fees to Lead Counsel</u>: United Auto shall pay the sum of Forty Seven Thousand Dollars ($47,000) as and for reasonable attorneys' fees and Three Thousand Dollars ($3,000) as reasonable costs to Lead Counsel. The reasonable attorney's fees and costs of Lead Counsel shall be paid to Lead Counsel by United Auto by wire transfer to the Operating Account of Robert W. Murphy, Esquire, within ten (10) days from entry of the Final Judgment Approving the Settlement. The inability to deliver a notice to a Class Member shall not defeat the entitlement to fees and costs of Lead Counsel on account of that Class Member's recovery.
>
>                                               ("Attorney's Fees Provision")

    5.    The attorney for the Class has or will expend 118 hours in the representation of the Class through conclusion of the action. The contemporaneously kept time records of the Law Office of Robert W. Murphy reflecting the time spent on this case are attached to the Declaration of Robert W. Murphy in Support of Plaintiff's Motion for Award of Attorney's Fees and Costs ("Murphy Declaration").

    6.    As detailed in the Murphy Declaration, the cost and litigation expense of $1,397.60 were incurred by Plaintiff in the prosecution of this litigation.

    7.    Pursuant to Rule 7.3A, Local Rules of the United States District Court, Southern

District of Florida, Mr. Arrington provides the following disclosures concerning the instant application for fees and costs:

(i) <u>Specification of Judgment, Statute, Rule or Other Grounds Entitling the Moving Party to the Award</u> - this application is based on the Attorneys Fees Provision contained in the Settlement Agreement which was subject to the Preliminary Approval Order [DE 29]. The entitlement to fees is based on Florida Statute §§57.105(7) and 559.72(2).

(ii) <u>Amount or Fair Estimate of the Amount Sought</u> - Mr. Arrington seeks to recover attorney's fees and costs in the amount of Fifty Thousand Dollars ($50,000.00) pursuant to the Attorney's Fees Provision of the Settlement Agreement.

(iii) <u>Disclosure of Terms of Any Agreement with Respect to Fees to be Paid for Services for Which the Claim is Made</u> - The Law Office of Robert W. Murphy is employed under a written contingency agreement.

(iv) <u>Description in Detail of Number of Hours Reasonably Expended, the Bases for Those Hours, the Hourly Rate(s) Charged, and the Identity of the Time Keeper(s)</u> - Mr. Arrington has provided contemporaneous time records as an attachment to the Murphy Declaration which provides details concerning the instant fee application. The time records were maintained contemporaneously using attorney time-keeping software.

(v) <u>Description in Detail of All Reimbursable Expenses</u> - Mr. Arrington seeks to recover the following taxable costs:

| | |
|---|---|
| Filing Fee - Broward County Circuit Court | $310.00 |
| Service of Process - Mark Frost | $ 35.00 |
| Court Reporter Expense | $112.00 |
| Private Investigator Expense | $150.00 |

| | |
|---|---|
| Federal Express | $ 30.70 |
| Your Capital Connection (Title History) | $ 3.58 |
| Travel Related Expense | $ 683.91 |
| Photocopies | $ 26.30 |
| Facsimiles | $ 36.50 |
| Postage | $  9.61 |
| TOTAL: | $1,397.60 |

8.    The reasonable attorney's fees and costs for the services of Class Counsel is in excess of Fifty Thousand Dollars ($50,000.00).

WHEREFORE, Plaintiff, Willie G. Arrington, individually and on behalf of all other similarly situated, respectfully requests this Court enter an award of attorney's fees for services of Class Counsel against Defendant, United Auto Credit Corporation, a California corporation, in accordance with the Attorney's Fees Provision of the Settlement Agreement.

### CERTIFICATION OF COUNSEL

*As to Time Records*

Pursuant to Rule 7.3A, Local Rules of the United States District Court, Southern District of Florida, the undersigned attorney hereby certifies that he has fully reviewed the records and the supporting data, and that the Motion is well-grounded in fact and justified.

*As to Pre-Filing Compliance*

Pursuant to Rule 7.1A3, Local Rules of the United States District Court, Southern District of Florida, the undersigned attorney hereby certifies that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the Motion in a good faith attempt to resolve the issues raised in the Motion.  There is no objection to the relief sought

herein.

      /s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, Florida 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
rphyu@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on John R. Hargrove, Esquire, Hargrove, Pierson & Brown, P.A., 21 SE 5th Street, Suite 200, Boca Raton, FL 33432, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

      /s/ Robert W. Murphy
Attorney